| United States Bankruptcy Court<br>District of Maine | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ABC Oquossoc Marine, LLC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Oquossoc Marine** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-1504392** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**87 Carry Road**<br>**Oquossoc, ME**<br>ZIP Code **04964** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ABC Oquossoc Marine, LLC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** _____
Signature of Attorney for Debtor(s)            (Date)

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**ABC Oquossoc Marine, LLC.**

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

## Signature of Attorney*

X **/s/ Michael A. Fagone**
Signature of Attorney for Debtor(s)

**Michael A. Fagone**
Printed Name of Attorney for Debtor(s)

**Bernstein, Shur, Sawyer & Nelson**
Firm Name

**100 Middle Street**
**P.O. Box 9729**
**Portland, ME 04104-5029**

Address

**207-774-1200  Fax: 207-774-1127**
Telephone Number

**July 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Patricia Nash**
Printed Name of Authorized Individual
**Member and Manager**
Title of Authorized Individual
**July 14, 2010**
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual;

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## CERTIFICATION OF VOTES

## ABC OQUOSSOC MARINE, LLC

## ACTIONS TAKEN BY MEMBERS AND MANAGERS
### MICHAEL W. NASH AND PATRICIA NASH
### JULY 14, 2010

The undersigned Michael W. Nash and Patricia Nash, being the Members and Managers of ABC Oquossoc Marine, LLC (the "LLC"), and being empowered by the Operating Agreement dated October 1, 2007 to take all necessary actions on behalf of the LLC, hereby resolve as follows on July 14, 2010:

RESOLVED: That in the judgment of the Members and Managers, it is desirable and in the best interests of the LLC, its creditors, and other interested parties that a voluntary petition for reorganization (the "Petition") be filed by the LLC under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and further

RESOLVED: That the LLC shall be, and it hereby is, authorized, directed and empowered to: (i) file the Petition; and (ii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and further

RESOLVED: That any one Manager alone is authorized, directed and empowered, on behalf of and in the name of the LLC to: (i) execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Maine and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents; and (ii) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and further

RESOLVED: That the LLC be and hereby is authorized to: (i) retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as its general bankruptcy counsel in connection with the chapter 11 case; (ii) pay BSSN a retainer in an amount reasonably requested by BSSN and agreed to by any one Manager alone; (iii) pay additional fees at BSSN's standard hourly rates for its services; and (iv) to reimburse BSSN for any actual expenses incurred by BSSN in connection with its representation of the LLC; and further

RESOLVED: That the LLC be and hereby is authorized to: (i) retain the financial consulting firm of Opus Consulting Group ("Opus") as its financial consultant in connection with the chapter 11 case; (ii) pay Opus a retainer in an amount reasonably requested by Opus and agreed to by any one Manager

alone; (iii) pay additional fees at Opus's standard hourly rates for its services; (iv) reimburse Opus for any actual expenses incurred by Opus in connection with its provision of services to the LLC; and further

RESOLVED: That, without limiting the foregoing, any one Manager alone is hereby authorized, directed and empowered from time to time in the name and on behalf of the LLC, subject to these Resolutions, to take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as any one Manager alone may deem necessary, advisable or proper to carry out and perform the obligations of the LLC under the Bankruptcy Code, all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as any one Manager alone shall approve, the performance or execution thereof to be conclusive evidence of the approval thereof by the LLC; and further

RESOLVED: That all actions heretofore taken by the Members and Managers, or any representative of the LLC, in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects.

Dated this 14th day of July, 2010.

MICHAEL W. NASH
MEMBER AND MANAGER
ABC OQUOSSOC MARINE, LLC


PATRICIA NASH
MEMBER AND MANAGER
ABC OQUOSSOC MARINE, LLC

2

alone; (iii) pay additional fees at Opus's standard hourly rates for its services; (iv) reimburse Opus for any actual expenses incurred by Opus in connection with its provision of services to the LLC; and further

RESOLVED: That, without limiting the foregoing, any one Manager alone is hereby authorized, directed and empowered from time to time in the name and on behalf of the LLC, subject to these Resolutions, to take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as any one Manager alone may deem necessary, advisable or proper to carry out and perform the obligations of the LLC under the Bankruptcy Code, all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as any one Manager alone shall approve, the performance or execution thereof to be conclusive evidence of the approval thereof by the LLC; and further

RESOLVED: That all actions heretofore taken by the Members and Managers, or any representative of the LLC, in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects.

Dated this 14th day of July, 2010.

MICHAEL W. NASH
MEMBER AND MANAGER
ABC OQUOSSOC MARINE, LLC

_member_
_Manager_

PATRICIA NASH
MEMBER AND MANAGER
ABC OQUOSSOC MARINE, LLC

# United States Bankruptcy Court
## District of Maine

In re    __ABC Oquossoc Marine, LLC.__                           Case No.                          

                                        Debtor(s)            Chapter     __11__

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of __9__ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date:   __July 21, 2010__                         __/s/ Michael A. Fagone__

                                                      Signature of Attorney
                                                      **Michael A. Fagone**
                                                      **Bernstein, Shur, Sawyer & Nelson**
                                                       **100 Middle Street**
                                                       **P.O. Box 9729**
                                                       **Portland, ME 04104-5029**
                                                       **207-774-1200   Fax: 207-774-1127**

American Express
P.O. Box 1270
Newark, NJ 07101-1270


American Honda Finance Corporation
P.O. Box 2295
Torrance, CA 90509-2295


ARI
10850 W Park Place #1200
Milwaukee, WI 53224


Automatic Distributors
22 Target Circle
Bangor, ME 04401-5716


Avalon Tahoe
P.O. Box 698
Alma, MI 48801


Bard Industries
P.O. Box 1059
Portland, ME 04104


Blue Flame Gas Co.
P.O. Box 70
Rangeley, ME 04970


Blueberry Broadcasting
P.O. Box 3059
Kennebunkport, ME 04046


Brittain, William
P.O. Box 78
Rangeley, ME 04970

Brunswick Acceptance Company, LLC
5595 Trillium Blvd
Hoffman Estates, IL 60192


Buteau, Brian
50 Parshall Lane
Greene, ME 04236


Camden National Bank
P.O. Box 310
Camden, ME 04843


Campbell, Steve
687 Main Street
Boxford, MA 01921


Central Maine Power
P.O. Box 1084
Augusta, ME 04332-1084


Cicolini, Jeff
27 Beachview Avenue
Saugus, MA 01906


Coast Distribution
350 Woodview Ave #100
Morgan Hill, CA 95037


Cullenberg Law Offices
P.O. Box 70
Farmington, ME 04938


Davenport, Walter
P.O. Box 12
Rangeley, ME 04970

Dell Financial Services
P.O. Box 5275
Carol Stream, IL 60197-5275


Depergola, Dominick
60 Briarcliff Dr.
Feeding Hills, MA 01030


Dirigo Health Agency
P.O. Box 11020
Lewiston, ME 04243-9471


Edgerton, Robert
116 Fiddlehead Lane
Chester, NH 03036


Evinrude
c/o BRP US, Inc.
Sturtevant, WI 53177


FairPoint Communications
P.O. Box 11021
Lewiston, ME 04243-9472


Fenimore, Edward
883 Foreside Road
Topsham, ME 04086


Flowers, John
2 Old Lewiston Road
Gardiner, ME 04345


Garland, Roger
P.O. Box 3515
North Conway, NH 03860

GE Capital
75 Remittance Dr. #6999
Chicago, IL 60675-6999


GE Capital
P.O. Box 74666
Chicago, IL 60675-4666


Glastron Boats
700 Paul Larson Memorial Drive
Little Falls, MN 56345


Glastron, LLC
925 Frisbie Street
Cadillac, MI 49601


Greenie, William
5 Beechwood Drive
Topsham, ME 04086


Harris Publishing
360 B Street
Idaho Falls, ID 83402


Honda Financial Services
P.O. Box 10357
Holyoke, MA 01041


Honda Financial Services
P.O. Box 2295
Torrance, CA 90509-2295


Hughes Network Systems, LLC
11717 Expedition Lane
Germantown, MD 20876

Integrity Payment Systems
1700 Higgins Road, Suite 690
Des Plaines, IL 60018


Internal Revenue Service
Bankruptcy Department
68 Sewall Street, Room 31
Augusta, ME 04330


Internal Revenue Service
P.O. Box 21126
Centralized Insolvency Operation
Philadelphia, PA 19114


Interstate Batteries
P.O. Box 482
Windham, ME 04062


Johnson Outdoors
3635 Solutions Center
Chicago, IL 60677-3006


Kellogg Marine
P.O. Box 877
Old Lyme, CT 06371


Key Bank, N.A.
c/o Jacob A. Manheimer, Esq.
Pierce Atwood
One Monument Square
Portland, ME 04101


KeyBank Commercial
P.O. Box 94525
Cleveland, OH 44101-4525

Koob, Lawrence & Susan
c/o Timothy J. Bryant, Esq.
PretiFlaherty
P.O. Box 9546
Portland, ME 04112-9546


Koobs Garage
P.O. Box 337
Oquossoc, ME 04964-0337


Lavin, Charles Tony
489 Sudbury Road
Stow, MA 01775


Lawson Products
1666 East Touhy Ave
Des Plaines, IL 60018-3683


Lund
P.O. Box 248
New York Mills, MN 56567


Maine Employers Mutual
P.O. Box 6900
Lewiston, ME 04243-6900


Maine Revenue Services
P.O. Box 9101
Augusta, ME 04332-9101


Maine Sportsman
183 State Street #101
Augusta, ME 04330


Marine Web Services
P.O. Box 358
Sussex, WI 53089

McNear, John
21 Pine Street, Apt. 3
Manchester, MA 01944-1053


Merchant Cash and Capital, LLC
450 Park Avenue South, 11th Floor
New York, NY 10016


MIC Software Systems
2964 Airway Ave
Costa Mesa, CA 92626


Morgan Recreation
6013 Denny Drive
Farmington, NY 14425


Newton Manufacturing
P.O. Box 927
Newton, IA 50208-0927


Philadelphia Insurance Co.
P.O. Box 70251
Philadelphia, PA 19176-0251


Pike, Steve
243 River Bend Road
Groton, MA 01450


Polaris Acceptance
P.O. Box 47600
Hamel, MN 55340


Polaris Sales, Inc.
2100 Highway 55
Hamel, MN 55340

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


Roy, Ryan
P.O. Box 15
Buckfield, ME 04220


Seacoast Security
P.O. Box A
West Rockport, ME 04856


Sirois, Luke
218 Fairbanks Road
Farmington, ME 04938


Strategic Funding Source, Inc.
1501 Broadway Suite 360
New York, NY 10036


Sullivans
P.O. Box 598
Hanson, MA 02341


Supermedia
P.O. Box 619810
DFW Airport
Dallas, TX 75261-9810


The Franklin Group
P.O. Box 750
Farmington, ME 04938-0750


The Original Irregular
P.O. Box 616
Kingfield, ME 04947-0616

Town of Oquossoc
Rangeley Plantation Town Hall
15 School Street
Rangeley, ME 04970


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170


Volvo Penta
P.O. Box 751014
Charlotte, NC 28275


Wattles Sani Waste
365 Lake Street
New Vineyard, ME 04956


Wilbur, Robert
P.O. Box 475
Rangeley, ME 04970


Zichella, Ray
18 Roberts Road
Ashland, MA 01721