**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:** <br><br> **ABC OQUOSSOC MARINE, LLC,** <br><br>       **Debtor.** | **Chapter 11** <br><br> **Case No. 10-11126** |

## ORDER AUTHORIZING USE OF CASH COLLATERAL

Upon consideration of the motion of ABC Oquossoc Marine, LLC (the "Debtor") seeking entry of an order authorizing the use of cash collateral pursuant to 11 U.S.C. § 363(c)(2)(B), Fed. R. Bank. P. 4001(b) and D. Me. LBR 4001-2 [D.E. 2] (the "Motion"), and upon consideration of the response to the Motion filed by Key Bank, N.A., and after hearings before this Court held on July 23, 2010 and August 17, 2010 and the offers of proof by the Debtor in support of the Motion, including the proffered testimony of Patricia Nash and Jacques Santucci, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:[1]

  1. The Motion is granted upon the terms and conditions set forth herein.

  2. The Debtor is authorized to use cash collateral in the manner and in the amounts reflected in the Cash Plan, a copy of which is attached hereto as **Exhibit A** through and including September 25, 2010 (the "Cash Collateral Period").

  3. On or before Tuesday of each week during the Cash Collateral Period, the Debtor shall provide Key Bank, N.A., GE Commercial Distribution Finance Corporation, Brunswick Acceptance Company, LLC and Polaris Acceptance with a list of all receipts and disbursements during the period ending on the prior Saturday (*i.e.*, Monday through Saturday). Said reports may be transmitted by electronic mail to Jacob A. Manheimer, Esq.

---

[1] All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Motion.

(jmanheimer@PierceAtwood.com), as counsel for Key Bank, and to Laura F. Ketcham, Esq. (Laura.Ketcham@huschblackwell.com), as counsel for GE Commercial Distribution Distribution Finance Corp., Brunswick Acceptance Company, LLC and Polaris Acceptance (collectively, "GE").

4. As adequate protection of their interests in cash collateral, the Creditors (including Polaris Acceptance) shall have, and are hereby granted, replacement liens in all cash, accounts receivable, and inventory acquired and created by the Debtor after the Petition Date. Such replacement liens will be perfected by operation of law, but will be limited in amount to the amount of cash collateral actually utilized by the Debtor on and after the Petition Date and will have only the same validity, perfection, and priority as the Creditors' purported pre-petition liens in the cash collateral as of the Petition Date.

5. In the event of a sale of a Honda motor, the Debtor shall be entitled to use twenty percent (20%) of any cash proceds received on account of such sale for the purposes and in the amounts set forth on the Cash Plan, and shall escrow the remaining percent (80%) of said cash proceedings pending a determination by this Court of the respective rights of the secured creditors. In the event that the Debtor sells a boat, snowmobile, or trailer, the Debtor will escrow ninety percent (90%) of the purchase price for such boat, snowmobile, or trailer pending a determination by this Court of the respective rights of the secured creditors. Notwithstanding the foregoing, in the event of a sale by the Debtor of a unit listed on **Exhibit B** attached hereto, in the ordinary course of the Debtor's business, the Debtor shall remit one hundred percent (100%) of the cash proceeds from such sale directly to GE. In addition, the Debtor shall not sell any unit listed on **Exhibit B** attached hereto for less than the amount set forth in the column titled "Minimum Sale Price" for the applicable unit.

6. The Debtor shall allow GE and KeyBank to conduct inspections/floorchecks and bank deposit reviews and audits at Debtor's facility, including inspections of Debtor's books and records, without prior notice.  The Debtor shall maintain adequate insurance coverage covering all of GE's collateral listing GE as an insured loss payee and covering all of KeyBank's collateral listing KeyBank as an insured loss payee.

7. A hearing on continued use of cash collateral is scheduled for September 16, 2010 at 10:00 a.m. (with an evidentiary hearing, if necessary at 1:00 p.m. on that date) at the United States Bankruptcy Court for the District of Maine in Bangor, Maine.  On or before September 10, 2010, the Debtor shall file and serve a proposed budget governing the further use of cash collateral (the "Extended Budget").   The Debtor shall also serve notice of said continued hearing on the Motion on all parties with a known or asserted interest in cash collateral, including Key and GE.  Objections, if any, to further use of cash collateral consistent with the Extended Budget, shall be filed and served on or before September 13, 2010.

DATED:  August 17, 2010

_____
The Honorable Louis H. Kornreich
Chief United States Bankruptcy Judge for
the District of Maine

**ABC Oquossoc marine - cash flow**

| Week | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week ending | beg. bal. | 7/23/2010 | 7/31/2010 | 8/7/2010 | 8/14/2010 | 8/21/2010 | 8/28/2010 | 9/4/2010 | 9/11/2010 | 9/18/2010 | 9/25/2010 | total |
| Sales - new & used | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 1,500 | 1,500 | 1,000 | 1,000 | | 17,500 |
| Sales - Parts | | 3,000 | 3,000 | 3,000 | 3,000 | 2,500 | 2,500 | 2,000 | 1,500 | 1,000 | 1,000 | 22,500 |
| Sales - Service | | 5,500 | 5,500 | 5,000 | 5,000 | 5,000 | 4,500 | 4,000 | 4,000 | 3,500 | 3,000 | 45,000 |
| Storage Income | | | | | | | 15,000 | 20,000 | 10,000 | 10,000 | 10,000 | 65,000 |
| Cash from AR | $40k of AR mid July | 2,500 | 2,500 | 3,000 | 3,000 | 3,000 | 2,500 | 2,500 | 2,500 | | | 21,500 |
| **Total Sales** | **Cash In** | **13,500** | **13,500** | **13,500** | **13,500** | **13,000** | **26,000** | **30,000** | **19,000** | **15,500** | **14,000** | **171,500** |
| Cost of Sales-new& used | 80% sales | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 1,200 | 1,200 | 800 | 800 | | 14,000 |
| Less GE Holdback @90% | | | | | | | | | | | | - |
| Cost of Sales - Parts COD | | 2,250 | 2,250 | 2,250 | 2,250 | 4,000 | 1,875 | 1,500 | 1,125 | 2,000 | 750 | 20,250 |
| Cost of Sales - Service | | | | | | | | | | | | |
| Credit Card Merchant | | 87 | 87 | 83 | 83 | 79 | 186 | 218 | 131 | 123 | 111 | 1,188 |
| Sales Tax | | | | | | 3,500 | | | | 3,000 | | 6,500 |
| Strategic Funding - through c 24% of transactions | | | | | | | | | | | | |
| **Total Cost of Sales** | | **4,337** | **4,337** | **4,333** | **4,333** | **9,579** | **3,261** | **2,918** | **2,056** | **5,923** | **861** | **41,938** |
| Bank Service Charges | | | 100 | | | | 200 | | | | 200 | 500 |
| Computer & Internet Expense | | - | 344 | | | 131 | 344 | | | 131 | 344 | 1,294 |
| Insurance - general | | | | | 1,817 | | | | | 1,817 | | 3,634 |
| Insurance - health | | | | | 1,337 | | | | | 1,337 | | 2,674 |
| Insurance - MEMIC | | | | 667 | | | | 667 | | | | 1,334 |
| Office Supplies | | | | | | | | 100 | | | | 100 |
| Postage | | | 40 | | 40 | | 40 | | 40 | | | 160 |
| Salaries & Wages | incl. taxes | 5,751 | 5,751 | 5,751 | 5,751 | 5,751 | 5,751 | 5,751 | 5,751 | 5,751 | 5,751 | 57,514 |
| Security | | | | | | | | | | | | - |
| Shipping | | 60 | | 60 | | 60 | | 60 | | 60 | | 300 |
| Shop Supplies | | | 50 | 300 | 50 | | 50 | 300 | 50 | | 50 | 850 |
| Storage rental | | | | | | | | | | | 2,000 | 2,000 |
| Telephone | | | | 517 | 350 | | | | 517 | 350 | | 1,734 |
| Utilites - Electric | | | | | 396 | | | | 450 | | | 846 |
| Utilites - Gas | for cars and boats | | 250 | 250 | 250 | | 250 | 250 | 250 | 250 | 250 | 2,000 |
| Utilities- oil | | | | | | | | | | 300 | | 300 |
| Waste Disposal | | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 150 |
| Customer deposit- snowmob. | 9,000 | | | | | | | | | | | - |
| Total G&A | | 5,826 | 6,550 | 7,560 | 10,006 | 5,957 | 6,650 | 7,143 | 7,073 | 10,011 | 8,610 | 75,390 |
| **Total Operating Expenses** | *Cash Out* | **10,164** | **10,888** | **11,894** | **14,340** | **15,537** | **9,912** | **10,061** | **9,129** | **15,934** | **9,471** | **117,328** |
| Professional Fees | BSSN | | | | 2,500 | | 2,500 | | 2,500 | | 2,500 | 10,000 |
| | OCG | | | | | 2,500 | | 2,500 | | 2,500 | | 7,500 |
| **Total Professional fees** | | **-** | **-** | **-** | **2,500** | **2,500** | **2,500** | **2,500** | **2,500** | **2,500** | **2,500** | **17,500** |
| Net in/decrease in cash | 10,700 | 3,336 | 2,612 | 1,606 | (3,340) | (5,037) | 13,588 | 17,439 | 7,371 | (2,934) | 2,029 | 36,672 |
| **Cash Balance at week ending all accts** | **19,700** | **23,036** | **25,649** | **27,255** | **23,916** | **18,879** | **32,468** | **49,906** | **57,277** | **54,343** | **56,372** | **56,372** |



EXHIBIT A

# Exhibit B

## GE Inventory In Stock

| Invoice Date | Invoice Number | Line Number | Manufacturer Number | Manufacturer Name | Model Number | Serial Number | CC | Net Line Amount | Minimum Sale Price |
|---|---|---|---|---|---|---|---|---|---|
| 05/27/08 | '11200 | 1 | 25105 | TRIT | WFB226TT1 | '1HU1XF02X81001939 | | 2,372.00 | 2,372.00 |
| 05/09/08 | '127977CR | 1 | 36866 | AVAL | BF135AKL | '1300978 | DY | 8,262.00 | 8,262.00 |
| 05/19/08 | '128255CR | 1 | 36866 | AVAL | 25X85GRAND | '47957D808 | DY | 22,438.00 | 22,438.00 |
| | | | | | | | | 33,072.00 | 33,072.00 |

## GE Inventory In Stock [Motorsports]

| Invoice Date | Invoice Number | Line Number | Manufacturer Number | Manufacturer Name | Model Number | Serial Number | CC | Net Line Amount | Minimum Sale Price |
|---|---|---|---|---|---|---|---|---|---|
| 09/18/08 | 003312704BR | | | BRP SKI-DOO SNO | 000DF9A00 | 2BPSDF9A39V000113 | | 5,877.00 | 5,877.00 |
| 09/18/08 | 003312704BR | | | BRP SKI-DOO SNO | 000EL9A00 | 2BPSEL9A59V001193 | | 6,185.00 | 6,185.00 |
| | | | | | | | | 12,062.00 | 12,062.00 |

## BAC Inventory In Stock

| Invoice Date | Invoice Number | Line Number | Manufacturer Number | Manufacturer Name | Model Number | Serial Number | CC | Net Line Amount | Minimum Sale Price |
|---|---|---|---|---|---|---|---|---|---|
| 03/27/08 | '529140DR | 1 | 129720 | LUND | A1408 | 'LBBER270B808 | IOY | 1,336.50 | 1,336.50 |
| 03/27/08 | '529136DR | 1 | 129720 | LUND | WC1408 | 'LBBBP701B808 | IOY | 1,696.50 | 1,696.50 |
| 03/27/08 | '529137DR | 1 | 129720 | LUND | WC1408 | 'LBBBP702B808 | IOY | 1,696.50 | 1,696.50 |
| 03/27/08 | '529138DR | 1 | 129720 | LUND | WC1408 | 'LBBBP703B808 | IOY | 1,696.50 | 1,696.50 |
| | | | | | | | | 6,426.00 | 6,426.00 |

## PA Inventory In Stock

| Invoice Date | Invoice Number | Line Number | Manufacturer Number | Manufacturer Name | Model Number | Serial Number | CC | Net Line Amount | Minimum Sale Price |
|---|---|---|---|---|---|---|---|---|---|
| 4/9/2008 | 893137MR | 2 | | POLA | S08PR7FS | SN1PR7FSX8C336137 | | 7,760.95 | 7,760.95 |
| 1/5/2010 | 376804DR | 1 | | POLA | S10BF6KSA | SN1BF6KSXAC863801 | | 9,210.00 | 9,210.00 |
| | | | | | | | | 16,970.95 | 16,970.95 |